**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **WILLIAM GAMBLE** | **:** | **CHAPTER 13** |
|  | **:** |  |
|  | **:** |  |
| **Debtor(s)** | **:** | **No. 17-10118 AMC** |

# CHAPTER 13 PLAN

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtors shall pay to the Trustee the sum of **$500.00 monthly for a period of sixty (60) months.**

2. From the payments so received, the Trustee shall make disbursements as follows:

    (a) Administrative Expenses

        (1) Trustee's Fee:  not to exceed **10.00%**

        (2) Attorney's Fee (unpaid portion):  **$2,500.00**

        (3) Filing Fee (unpaid portion):  **NONE**

    (b) **PRIORITY CREDITORS:**  Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. section 507, including, but not limited to:

    **Debtor has no known priority creditors.**

    (c) **SECURED CREDITORS:**  Holders of allowed secured claims shall retain the liens securing such claims, with the obligations to be paid as follows:

        (1) **CARRINGTON MORTGAGE** (holder of mortgage on Debtor's residence), arrearages, late charges, which may include such other fees such as foreclosure costs and counsel fees, payment in the **sum of $40,000.00**, with all post-petition payments being made directly to said mortgagee, outside this plan.

    (d) **UNSECURED CREDITORS:** Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are legitimate and timely filed: **PRO RATA**.

3. The following executory contracts of the debtor are rejected:   N/A


      Debtor(s) reserve the right to cure all post-petition defaults as to any creditor, however classified.

      Title to the Debtor(s) property shall revest in the Debtor(s) on confirmation of a Plan - or upon dismissal of the case after confirmation pursuant to 11 U.S.C. section 350.

      Debtor(s) deaccelerate any defaults and waives any instances of default under all applicable state or federal laws.


Dated: January 20, 2017                       <u>/s/ William Gamble</u>
                                                                     William Gamble, Debtor