# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10118-AMC

WILLIAM GAMBLE

7413 Belden Street

Philadelphia, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM GAMBLE

7413 Belden Street

Philadelphia, PA 19111

Counsel for debtor(s), by electronic notice only.

MICHELE PEREZ CAPILATO
13318 PHILMONT AV

PHILADELPHIA, PA 19116-

Date: 2/28/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee