United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Gamble  
     Debtor

Case No. 17-10118-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Mar 23, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.  
db           +William Gamble,    7413 Belden Street,    Philadelphia, PA 19111-3813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         MICHELE PEREZ CAPILATO    on behalf of Debtor William Gamble perezcapilatolaw@yahoo.com, michelecapilatolaw@gmail.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                       TOTAL: 4

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :    Chapter 13
    William Gamble                  :
                                                    :    Bankruptcy No. 17-10118AMC
        Debtor.                    :

# ORDER

    **AND NOW**, this 22nd day of March, 2017, the Debtor having filed the above bankruptcy case on January 9, 2017,

    **AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

    Including case number 14-13574, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 4, 2014 and dismissed on September 23, 2014 for failure to make plan payments,

    Including case number 15-16202, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 31, 2015 and dismissed on January 12, 2016 for failure to make plan payments,

    **AND**, the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

    **AND**, and the debtor having failed to appear at the hearing on the Trustee's Motion to Dismiss scheduled for March 21, 2017,

    **AND**, it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtors' right to refile another bankruptcy case is **SCHEDULED** on April 18, 2017 at 11:00 a.m. in **Bankruptcy Courtroom No. 5, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to make plan payments,

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

William Gamble
7413 Belden Street
Philadelphia, PA  19111

Michele Perez Capilato,
500 Office Center Drive
Suite 400
Ft. Washington, PA  19034

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy