```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                         Case No. 17-10118-amc
William Gamble                                                 Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 1                  Date Rcvd: Apr 18, 2017
                              Form ID: 210U               Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
db             +William Gamble,    7413 Belden Street,    Philadelphia, PA 19111-3813
13851365        Bank of America Home Loans,    POB 31785,    Tampa, FL 33631-3785
13854275       +Bank of America NA,    c/o Brian C. Nicholas, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila, PA 19106-1541
13851366       +Carrington Mortgage Services,    POB 3489,    Anaheim, CA 92803-3489
13851368       +Endocrinology Associates LLC,    287 Independence Avenue,    Virginia Beach, VA 23462-2962
13851369       +KML Law Group,   701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13851373       +Prime Acceptance Corp,    200 W Jackson Blvd, Ste 7,    Chicago, IL 60606-6941
13851372       +Prime Acceptance Corp,    c/o Processing Center,    POB 6462,    Chicago, IL 60680-6462
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 19 2017 01:23:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2017 01:22:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2017 01:22:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13851367       +E-mail/Text: bankruptcy@cavps.com Apr 19 2017 01:22:57     Cavalry Portfolio Serv,    POB 27288,
                 Tempe, AZ 85285-7288
13851371        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 01:27:32
                 Portfolio Recovery Associates, LLc,    POB 12914,    Norfolk, VA 23541
13851373       +E-mail/Text: notice@pcsreceivables.com Apr 19 2017 01:23:15     Prime Acceptance Corp,
                 200 W Jackson Blvd, Ste 7,    Chicago, IL 60606-6941
13851372       +E-mail/Text: notice@pcsreceivables.com Apr 19 2017 01:23:15     Prime Acceptance Corp,
                 c/o Processing Center,    POB 6462,    Chicago, IL 60680-6462
13851374        E-mail/Text: tidewaterlegalebn@twcs.com Apr 19 2017 01:22:32     Tidewater Credit Services,
                 6520 Indian River Road,    Virginia Beach, VA 23464
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13851370       ##+Portfolio Rc,   287 Independence Avenue,    Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHELE PEREZ CAPILATO    on behalf of Debtor William  Gamble perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: William Gamble                                                                 Case No: 17−10118−amc

    Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

 

For The Court

Dated: 4/18/17

Timothy B. McGrath
Clerk of Court

22
Form 210U