```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                          Case No. 17-10118-amc
William Gamble                                                  Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Apr 26, 2017
                              Form ID: pdf900           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
db           +William Gamble,    7413 Belden Street,    Philadelphia, PA 19111-3813
13851365      Bank of America Home Loans,    POB 31785,    Tampa, FL 33631-3785
13854275     +Bank of America NA,    c/o Brian C. Nicholas, Esq.,     KML Law Group PC,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
13851366     +Carrington Mortgage Services,    POB 3489,    Anaheim, CA 92803-3489
13851368     +Endocrinology Associates LLC,    287 Independence Avenue,    Virginia Beach, VA 23462-2962
13851369     +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13851373     +Prime Acceptance Corp,    200 W Jackson Blvd, Ste 7,    Chicago, IL 60606-6941
13851372     +Prime Acceptance Corp,    c/o Processing Center,    POB 6462,    Chicago, IL 60680-6462
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Apr 27 2017 01:39:58     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:39:28
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2017 01:39:45     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13851367     +E-mail/Text: bankruptcy@cavps.com Apr 27 2017 01:39:42     Cavalry Portfolio Serv,    POB 27288,
               Tempe, AZ 85285-7288
13851371      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2017 01:57:51
               Portfolio Recovery Associates, LLc,    POB 12914,    Norfolk, VA 23541
13851373     +E-mail/Text: notice@pcsreceivables.com Apr 27 2017 01:40:08     Prime Acceptance Corp,
               200 W Jackson Blvd, Ste 7,    Chicago, IL 60606-6941
13851372     +E-mail/Text: notice@pcsreceivables.com Apr 27 2017 01:40:08     Prime Acceptance Corp,
               c/o Processing Center,    POB 6462,    Chicago, IL 60680-6462
13851374      E-mail/Text: tidewaterlegalebn@twcs.com Apr 27 2017 01:39:11     Tidewater Credit Services,
               6520 Indian River Road,    Virginia Beach, VA 23464
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13851370      ##+Portfolio Rc,    287 Independence Avenue,    Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
              MICHELE PEREZ CAPILATO    on behalf of Debtor William  Gamble perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
  :  Chapter 13
William Gamble  :
  :  Bankruptcy No. 17-10118AMC
Debtor.  :

# O R D E R

AND NOW, this 24th day of April, 2017, the Debtor having filed the above bankruptcy case on January 9, 2017,

AND, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 14-13574, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 4, 2014 and dismissed on September 23, 2014 for failure to make plan payments,

Including case number 15-16202, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 31, 2015 and dismissed on January 12, 2016 for failure to make plan payments,

AND, the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

AND, the debtor having failed to appear at the hearing scheduled for April 18, 2017,

For the reasons stated in open court, the Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, he should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 17-10118, and shall serve such motion upon all of his creditors and the United States Trustee.

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

William Gamble
7413 Belden Street
Philadelphia, PA  19111

Michele Perez Capilato,
500 Office Center Drive
Suite 400
Ft. Washington, PA  19034

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy